CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 24 2009

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DARYL EDWARD FITZGERALD, <br> Plaintiff, | ) <br> ) <br> ) | Civil Action No. 7:09-cv-00052 |
| v. | ) <br> ) | **ORDER** |
| VIRGINIA DEPARTMENT OF <br> CORRECTIONS, et al., <br> Defendants. | ) <br> ) <br> ) <br> ) | By: Hon. James C. Turk <br> Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to amend (docket #7) is **GRANTED**; Gene Johnson and James Sisk are **ADDED** as defendants; the Virginia Department of Corrections is **TERMINATED** as a defendant; the complaint is **DISMISSED** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This _24th_ day of July, 2009.

Senior United States District Judge